# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRISTINE MASHELL JONES,**
  *by her mother, Linda Jones*,

    **Plaintiff,**

    **v.**                                     **Case No. 20-CV-930-SCD**

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

## ORDER

Cristine Mashell Jones, by her mother, Linda Jones, filed this action without the assistance of counsel on June 22, 2020, seeking judicial review of the final decision of the Commissioner of the Social Security Administration pursuant to 42 U.S.C § 405(g). *See* ECF No. 1. The matter was reassigned to me in July 2020 after all parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 5, 6, 7. On October 20, 2020, I issued a revised briefing schedule requiring Jones to file a brief in support of her claim by November 30, 2020. *See* ECF No. 17. When Jones failed to file a brief by that date, I issued another revised briefing schedule, providing Jones one last opportunity to file a brief in support of her claim by January 21, 2021. *See* ECF No. 18. I also warned Jones that, if she failed to file a brief by January 21, then I would dismiss this action with prejudice and without further notice pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). Jones still has not filed a brief in support of her claim.

Accordingly, pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c), this action is **DISMISSED** for lack of diligence and failure to comply with court orders. The clerk of court is directed to enter judgment accordingly.

**SO ORDERED** this 5th day of February, 2021.

_____
STEPHEN C. DRIES
United States Magistrate Judge